IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

G. WAYNE FREEMAN,
AND KAREN FREEMAN                                                                    PLAINTIFFS

V.                                                                    CIVIL ACTION NO. 3:04cv981WS

CAC FINANCIAL, INC., FIRST
CREDIT SERVICES, INC., D/B/A
STANLEY WEINBERG & ASSOCIATES,
MONOGRAM CREDIT CARD BANK
OF GEORGIA, WAL-MART STORES,
INC., D/B/A SAM'S CLUB, AND BANK
ONE, DELAWARE, N.A., F/K/A FIRST
USA BANK, N.A.                                                                        DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard upon motion *ore tenus* that this action be dismissed with prejudice. The Court has been advised that the Plaintiffs have settled all claims asserted in this action against the only remaining Defendants, Monogram Credit Card Bank of Georgia ("Monogram") and Sam's East, Inc. ("Sam's"). Finding the Motion well taken,

IT IS THEREFORE ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this the 21st day of June, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

APPROVED:

s/ J. Patrick Frascogna, Esq.
ATTORNEY FOR PLAINTIFFS

s/Alicia Kate Margolis
ALICIA KATE MARGOLIS (MBN 99625)
ATTORNEY FOR MONOGRAM & SAM'S